UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-17789 |
| RONALD MALONEY and PAMELA MALONEY | ) ) ) ) ) | Chapter: 13<br>Honorable Carol Doyle |
| Debtor(s) | ) | |

**ORDER APPROVING THE SALE OF PROPERTY**

Upon the Motion of Ronald Maloney and Pamela Maloney ("Debtors"), requesting the entry of an order, pursuant to 11 U.S.C. §§ 363, approving the sale of 14559 Sawyer Avenue, Midlothian, IL 60445 (the "Property"), pursuant to the agreement ("Agreement") attached as an exhibit to the Motion; and the Court having jurisdiction to consider the Motion and requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided; and it appearing that no other notice need be provided; and the Court having read and considered the Motion, and a hearing on the Motion having been held; and any objections to the Motion having been resolved, withdrawn, or otherwise overruled by the Court; and the Court having determined that the legal and factual bases set forth in the Motion and at any hearing thereon establish just and sufficient cause for the relief granted herein; it is hereby ORDERED:

   1. The relief sought in the Motion is GRANTED.

   2. The Agreement and all of its terms and conditions are approved in their entirety.

   3. Pursuant to 11 U.S.C. § 363(b), the Debtors are authorized to sell 14559 Sawyer Avenue, Midlothian, IL 60445 by the Agreement, or a substantially similar agreement.

   4. The Debtors may satisfy, with the proceeds of the sale, any liens, claims, and encumbrances attaching to the Property.

   5. The Debtors are jointly and severally authorized to take such action as is necessary to effectuate the terms of the Agreement.

   6. All net proceeds from the sale shall be payable to the Trustee directly, or to the Debtors, as the Debtors may elect, but if the Debtors elect that the proceeds shall be payable to them, they shall submit all such proceeds to the Trustee within 30 days of receiving such proceeds.

   6. The fourteen-day stay under Bankruptcy Rule 6004(h) is waived.

   7. This Court reserves jurisdiction over the provisions of this order and to hear and determine all matters arising from the implementation of this order.

Enter:

*[Signature: Carol Doyle]*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: September 13, 2016

**Prepared by:**

David P. Leibowitz
Lakelaw
53 W. Jackson Boulevard
Suite 1610
Chicago, IL 60604