# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

In re:

Ronald Maloney
Pamela Maloney,

      Debtors

Chapter 13

Case No. 16-17789

Hearing on December 18, 2018 at 9:30 a.m.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 18, 2018 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Carol A. Doyle or any judge sitting in her stead, in the courtroom usually occupied by her in Room 742 at 219 South Dearborn Street, Chicago, IL 60604, and moved to present the attached motion.

                                                                               /s/ *Diana Carpintero*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2018, a copy of the foregoing Motion and accompanying Notice of Motion was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

David P Liebowitz
o/b/o Debtors  Ronald Maloney and Pamela Maloney
 dleibowitz@lakelaw.com

Tom Vaughn
Trustee
ecf@tvch13.net

Patrick S. Layng
U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

      I further certify that on December 7, 2018, a copy of the foregoing Motion and accompanying Notice of Motion was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Ronald Maloney
8507 Radcliffe Road
Tinley Park, IL 60487

Pamela Maloney
8507 Radcliffe Road
Tinley Park, IL 60487

                                    */s/ Vanessa Socarras*
                                    Marinosci Law Group

Marinosci Law Group
134 N LaSalle, Suite 1900
Chicago, IL 60602
312-940-8580; Fax: 401-234-5130
ILWIBK@mlg-defaultlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| In re:<br><br>Ronald Maloney<br>Pamela Maloney<br><br>Debtors | Chapter 13<br><br>Case No. 16-17789<br><br>Hearing on December 18, 2018 at 9:30 am |

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY (REAL PROPERTY)

BSI Financial Services ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtors having an address of 8507 RADCLIFFE ROAD, TINLEY PARK, IL 60487 (the "Property"). The Required Statement is attached hereto as Exhibit 1, in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtors on May 26, 2016.

2. A Chapter 13 Plan has been confirmed on July 26, 2016.

3. The Debtors have executed and delivered or is/are otherwise obligated with respect to that certain promissory note in the original principal amount of $215,777 (the "Note"). A copy of the Note is attached hereto as Exhibit 2. Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtors under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit 3.

5. As of December 6, 2018, the outstanding amount of the Obligations is: $248,388.93.

6. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has incurred $850.00 in legal fees and $181.00 in costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

7. The Chapter 13 plan indicates post-petition mortgage payments will be paid by the Debtor to Movant

8. The following chart sets forth the number and amount of post-petition payments due pursuant to the terms of the Note that have been missed by the Debtors:

```
6 Payments 5/1/2017-10/1/2017 @ $1,987.49      = $11,924.94
14 Payments 11/1/2017-12/1/2018 @ $1,754.86    = $24,568.04
                        Total Due             = $36,492.98
```

9. The estimated market value of the Property is $350,000. The basis for such valuation is Schedule A of the Petition.

10. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $248,388.93.

11. Cause exists for relief from the automatic stay for the following reasons:

    (a) Movant's interest in the Property is not adequately protected.

    (b) Movant's interest in the collateral is not protected by an adequate equity cushion.

    (c) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtors have no equity in the Property; and pursuant to § 362(d)(2)(B) the Property is not necessary for an effective reorganization.

13. The failure of the Debtors to make post-confirmation plan payments constitutes a material default under the plan and is cause for dismissal of this Chapter 13 case, pursuant to 11 U.S.C. § 1307(c).

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. Movant further requests that upon entry of an order granting relief from stay, it be exempted from further compliance with Fed. Rule Bankr. P. 3002.1 in the instant bankruptcy case.

5. For such other relief as the Court deems proper.

Respectfully submitted,

*/s/ Diana Carpintero*
Attorney for Movant

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1900
Chicago, IL 60602
312-940-8580; Fax: 401-234-5130
ILWIBK@mlg-defaultlaw.com