**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION CHICAGO**

| | |
|---|---|
| In Re: | Case No. 16-17789 |
| Ronald Maloney<br>Pamela Maloney | Chapter 13 |
| Debtor(s). | Hon. Judge Carol A. Doyle |

**NOTICE OF MOTION OF US BANK TRUST, N.A. AS TRUSTEE OF THE IGLOO SERIES III TRUST TO MODIFY AUTOMATIC STAY**

**VIA ELECTRONIC NOTICE:**

    David P Leibowitz, ESQ, Debtors' Counsel, dleibowitz@lakelaw.com

    Justin R. Storer, Debtors' Counsel, jstorer@lakelaw.com

    Tom Vaughn, Trustee, ecf@tvch13.net

**VIA U.S. MAIL:**

    Ronald Maloney, Debtor
    8507 Radcliffe Road
    Tinley Park, IL 60487

    Pamela Maloney, Debtor
    8507 Radcliffe Road
    Tinley Park, IL 60487

PLEASE TAKE NOTICE that on October 30, 2019, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, a Motion of US BANK TRUST, N.A. AS TRUSTEE OF THE IGLOO SERIES III TRUST to Modify Automatic Stay, a copy of which is hereto attached.

Please take notice that on November 12, 2019 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, in Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, Courtroom 742, and then and there present the attached *Motion of US BANK TRUST, N.A. AS TRUSTEE OF THE IGLOO SERIES III TRUST to Modify Automatic Stay,* which has been

electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Dated: October 30, 2019    Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on October 30, 2019, before the hour of 5:00 p.m.

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Attorney for Movant

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION CHICAGO

| | |
|---|---|
| In Re: | Case No. 16-17789 |
| Ronald Maloney<br>Pamela Maloney | Chapter 13 |
| Debtor(s). | Hon. Judge Carol A. Doyle |

**MOTION OF US BANK TRUST, N.A. AS TRUSTEE OF THE IGLOO SERIES III TRUST FOR RELIEF FROM STAY**

NOW COMES US BANK TRUST, N.A. AS TRUSTEE OF THE IGLOO SERIES III TRUST (hereinafter, "Movant"), a secured creditor herein, by and through its attorneys, the law firm of Sottile & Barile, LLC, moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. §§361, 362 and 363 of the United States Bankruptcy Code.

2. On November 30, 2011, the Debtors did execute a certain Note in the amount of $215,777.00 (Exhibit A), secured by a Mortgage on the property commonly known as 8507 RADCLIFFE ROAD, TINLEY PARK, IL 60487 (Exhibit B).

3. Enforcement of Movant's security interest has been stayed automatically by operation of 11 U.S.C. § 362 of the Bankruptcy Code upon Debtors' filing of this petition on May 26, 2016.

4. The Debtors' Modified Chapter 13 Plan was confirmed on July 26, 2016. Section C of the Modified Plan provides for the Debtors to make current monthly mortgage payments directly to Movant. Section E (5) of the Modified Plan provides for

Movant to receive monthly disbursements from the Chapter 13 Trustee to cure the pre-petition arrearage claim.

5. As of September 26, 2019, there remains due and owing on the Note and Mortgage referenced in paragraph two hereof, the unpaid balance of $221,966.80.

6. The Debtors are delinquent on post-petition mortgage payments to Movant. As of September 26, 2019, the default was $18,188.85.

7. Continuation of the automatic stay will cause irreparable harm to Movant and will deprive it of the adequate protection to which it is entitled.

8. This Court has authority to order that Rule 4001(a)(3) is waived to the order entered in granting this motion, and Movant requests this Court so order.

**WHEREFORE**, Movant prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, and for such other and further relief as this Court may deem just and proper.

Dated: October 30, 2019

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant