UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | Case number: 16-17789 |
| RONALD MALONEY and PAMELA ) | Hon. Carol A. Doyle |
| MALONEY, ) | |
| DEBTORS ) | |
| ) | |

### NOTICE OF FILING

**To:** John J. Lieberman, Sottile & Barile, Attorneys at Law, 394 Wards Corner Road, Suite 180, Loveland, OH 45140

Tom Vaughn, Standing Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603

PLEASE TAKE NOTICE that on **Monday, November 11, 2019**, the undersigned filed the attached **Response to Motion for Relief from Stay**, a copy of which is attached hereto and served upon you herewith.

*By: /s/ Justin R. Storer*
Counsel for the Debtors

Justin R. Storer (ARDC# 6293889)
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604
jstorer@lakelaw.com
312.662.5757

### CERTIFICATE OF SERVICE

On November 11, 2019, the undersigned certifies that on this date, he caused a copy of the above document to be served upon each person shown on the above notice, by via CM/ECF, the Court's electronic noticing system.

*/s/ Justin R. Storer*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | Case number: 16-17789 |
| RONALD MALONEY and PAMELA MALONEY, | ) | Hon. Carol A. Doyle |
| DEBTORS | ) | |
| | ) | |

## RESPONSE TO MOTION FOR RELIEF FROM STAY

Now come the Debtors in bankruptcy, Ronald and Pamela Maloney, in response to the motion for relief from stay filed by US Bank Trust, N.A., as Trustee of the Igloo Series III Trust ("US Bank") (dkt. 76), and stating, in brief, that the Debtors' actual arrearage, to and including November of 2019, is actually only $6,856.45, and the Debtors are prepared to immediately cure that arrearage.

<u>U.S. Bank's Motion</u>

On October 30, 2019, US Bank filed its motion for relief from stay (the "<u>Motion</u>"). They sought relief as to the Debtors' home, at 8507 Radcliffe Road, Tinley Park, Illinois, 60487. They allege that the value of the property is about $350,000.00 and the unpaid balance of the note is $221,966.80 (the value of the property is not disputed, but detailed inquiry as to the balance owed may need to be undertaken at a later date).

US Bank's Motion alleges that, "As of September 26, 2019, the default as $18,118.85." (Motion, para. 6.) US Bank alleges no other reason why they would not be adequately protected. They attach a payment history at page 24 of their Exhibit A, showing how they arrived at their $18,118.85 figure. (That payment history is attached hereto as the Debtor's exhibit A.) In their Required Statement

to Accompany Motions for Relief From Stay, US Bank Alleges "Debtors are delinquent from 12/2018-10/2019." This is false.

Admittedly, there is a small arrearage; Ronald Maloney's health is very poor, and it has caused periodic disruptions to the Debtors' household circumstances. Ron Maloney had hurt his knee in a parking garage. He had surgery but was discharged from the hospital too early, before the oxygen levels in his blood had correctly stabilized. He had a stroke and a heart attack, among other adverse health conditions. He remains totally and permanently disabled.

At any rate: Using US Bank's payment history as a starting point, it is possible to arrive at the $6,856.45 arrearage by itemizing the postpetition payments that US Bank is failing to credit.

Including the payment due this month, since the case was filed, US Bank would appropriately have received a total of $76,959.88 in direct postpetition payments. (Five payments of $1,847.70, twelve of $1,987.49, and twenty-five of $1,754.86, including the payment due November of 2019.)

US Bank's payment history reflects receiving $58,976.27.

But, by adding in the payments that US Bank fails to credit, it is clear that, to date, the Maloneys have actually paid $71,858.29.

<u>$7,617.44 that was not credited:</u>

On January 17, 2017, US Bank's predecessor in interest (Wells Fargo) filed a motion for relief in this case. Per the payment ledger appended to that motion, at docket entry 43, the exact amount that the Debtors were behind, at that time, was $7,617.44.

On January 24, 2017, the undersigned appeared and tendered a cashier's check for that amount to the creditor's counsel, who withdrew the motion for relief. An image of this check is attached hereto, as exhibit B. On information and belief, creditor's counsel sent the funds to their

client the day thereafter, and FedEx records indicate that Wells Fargo received the payment on January 26, 2017. This payment is not accounted-for in US Bank's motion for relief.

<u>$5,264.58 that was not credited</u>:

The Debtors have remitted three timely payments of $1,754.86, that are erroneously and falsely not-registered in US Bank's motion. The payment history attached at exhibit A registers a total of five payments' being made starting from, say, March of 2019: $3,509.72 posting on June 19, 2019, $1,754.86 posting on July 1, 2019, and $3,509.72 posting on September 24, 2019.

Since (but, including) March of 2019, the Debtors have made eight payments. The difference between the eight payments that they've made, and the five that US Bank credits, totals $5,264.58.

Of the attached Exhibit C, pages 1, 3, 5, 7, 9, 11, 13, and 14 display these payments.

<u>Conclusion</u>:

When the motion for relief was filed, their Maloneys' arrearage was only $5,101.59. Adding in a $1,754.86 payment due for the month of November, 2019, their arrearage would only be $6,856.45.

On November 12, 2019, the undersigned will be presenting in open court a cashier's check an amount slightly in excess of this arrearage.

The undersigned submits that, with a payment made in excess of $6,856.45, it would be appropriate to deny US Bank's motion for relief from the automatic stay.

Respectfully submitted,
/s/ *Justin R. Storer*
Justin R. Storer
One of the Debtors' attorneys

Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604
jstorer@lakelaw.com
312.662.5757 (ph.)
312.360.1502 (fax)