

**BSI Financial Services**

### Payment Changes

| Date | P&I | Escrow | Total | Notice Filed |
|------|-----|--------|-------|--------------|
| 6/1/2016 | $1,045.76 | $801.94 | $1,847.70 | Filed w/ POC |
| 11/1/2016 | $1,045.76 | $941.73 | $1,987.49 | NOPC |
| 11/1/2017 | $1,045.76 | $709.10 | $1,754.86 | |
| | | | | |
| | | | | |
| | | | | |

### Loan Information

| | |
|------|------|
| Loan # | |
| Borrower | MALONEY |
| BK Case # | 16-17789 |
| Date Filed | 5/26/2016 |
| First Post Petition | |
| Due Date | 6/1/2016 |
| POC Covers | |

| Date | Amount Rcvd | Late Charges Incurred | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|------|-------------|-----------------------|-------------------|----------------------|---------|------------|-----------------|----------------|------------------|--------------------|-----------|----------------------|------------------|----------|
| 6/16/2016 | $1,900.64 | | 6/1/2016 | | $1,847.70 | $52.94 | $52.94 | | $52.94 | | | | $0.00 | $0.00 |
| 7/18/2016 | $1,847.70 | | 7/1/2016 | | $1,847.70 | $0.00 | | | $52.94 | | | | $0.00 | $0.00 |
| 8/17/2016 | $1,847.70 | | 8/1/2016 | | $1,847.70 | $0.00 | | | $52.94 | | | | $0.00 | $0.00 |
| 11/17/2016 | $1,987.49 | | 9/1/2016 | | $1,847.70 | $139.79 | $139.79 | | $192.73 | | | | $0.00 | $0.00 |
| 1/26/2017 | $1,847.70 | | 10/1/2016 | | $1,847.70 | $0.00 | | | $192.73 | | | | $0.00 | $0.00 |
| 3/21/2017 | $1,987.49 | | 11/1/2016 | | $1,987.49 | $0.00 | $139.79 | | $332.52 | | | | $0.00 | $0.00 |
| 4/17/2017 | $2,000.00 | | 12/1/2016 | | $1,987.49 | $12.51 | $12.51 | | $345.03 | | | | $0.00 | $0.00 |
| 6/13/2017 | $1,987.49 | | 1/1/2017 | | $1,987.49 | $0.00 | | | $345.03 | | | | $0.00 | $0.00 |
| 6/14/2017 | $1,987.49 | | 2/1/2017 | | $1,987.49 | $0.00 | | | $345.03 | | | | $0.00 | $0.00 |
| 6/30/2017 | $1,987.49 | | 3/1/2017 | | $1,987.49 | $0.00 | | | $345.03 | | | | $0.00 | $0.00 |
| 7/31/2017 | $1,987.49 | | 4/1/2017 | | $1,987.49 | $0.00 | | | $345.03 | | | | $0.00 | $0.00 |
| 2/8/2019 | $1,754.86 | | 5/1/2017 | | $1,987.49 | -$232.63 | | $345.03 | | | | | $0.00 | $0.00 |
| 2/27/2019 | $27,078.43 | | 6/1/2017 | | $1,987.49 | $25,090.94 | $25,090.94 | | $1,987.49 | $23,103.45 | | | $0.00 | $0.00 |
| 2/27/2019 | | | 7/1/2017 | | $0.00 | | | $1,987.49 | $21,115.96 | | | | $0.00 | $0.00 |
| 2/27/2019 | | | 8/1/2017 | | $0.00 | | | $1,987.49 | $19,128.47 | | | | $0.00 | $0.00 |
| 2/27/2019 | | | 9/1/2017 | | $0.00 | | | $1,987.49 | $17,140.98 | | | | $0.00 | $0.00 |
| 2/27/2019 | | | 10/1/2017 | | $0.00 | | | $1,987.49 | $15,153.49 | | | | $0.00 | $0.00 |
| 2/27/2019 | | | 11/1/2017 | | $0.00 | | | $1,754.86 | $13,398.63 | | | | $0.00 | $0.00 |
| 2/27/2019 | | | 12/1/2017 | | $0.00 | | | $1,754.86 | $11,643.77 | | | | $0.00 | $0.00 |
| 2/27/2019 | | | 1/1/2018 | | $0.00 | | | $1,754.86 | $9,888.91 | | | | $0.00 | $0.00 |
| 2/27/2019 | | | 2/1/2018 | | $0.00 | | | $1,754.86 | $8,134.05 | | | | $0.00 | $0.00 |
| 2/27/2019 | | | 3/1/2018 | | $0.00 | | | $1,754.86 | $6,379.19 | | | | $0.00 | $0.00 |
| 2/27/2019 | | | 4/1/2018 | | $0.00 | | | $1,754.86 | $4,624.33 | | | | $0.00 | $0.00 |
| 2/27/2019 | | | 5/1/2018 | | $0.00 | | | $1,754.86 | $2,869.47 | | | | $0.00 | $0.00 |
| 2/27/2019 | | | 6/1/2018 | | $0.00 | | | $1,754.86 | $1,114.61 | | | | $0.00 | $0.00 |
| 6/19/2019 | $3,509.72 | | 7/1/2018 | | $1,754.86 | $1,754.86 | $1,754.86 | | $2,869.47 | | | | $0.00 | $0.00 |
| 6/19/2019 | | | 8/1/2018 | | $0.00 | | | $1,754.86 | $1,114.61 | | | | $0.00 | $0.00 |
| 7/1/2019 | $1,754.86 | | 9/1/2018 | | $1,754.76 | $0.10 | $0.10 | | $1,114.71 | | | | $0.00 | $0.00 |
| 9/24/2019 | $3,509.72 | | 10/1/2018 | | $1,754.86 | $1,754.86 | $1,754.82 | | $2,869.53 | | | | $0.00 | $0.00 |
| | | | 11/1/2018 | | $1,754.86 | -$1,754.86 | | $1,754.86 | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | 12/1/2018 | | $1,754.86 | -$1,754.86 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | 1/1/2019 | | $1,754.86 | -$1,754.86 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | 2/1/2019 | | $1,754.86 | -$1,754.86 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | 3/1/2019 | | $1,754.86 | -$1,754.86 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | 4/1/2019 | | $1,754.86 | -$1,754.86 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | 5/1/2019 | | $1,754.86 | -$1,754.86 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | 6/1/2019 | | $1,754.86 | -$1,754.86 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | 7/1/2019 | | $1,754.86 | -$1,754.86 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | 8/1/2019 | | $1,754.86 | -$1,754.86 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | 9/1/2019 | | $1,754.86 | -$1,754.86 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | 10/1/2019 | | $1,754.86 | -$1,754.86 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | SUSPENSE | -$1,114.61 | $1,114.67 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $18,188.85 | -$18,188.85 | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |
| | | | | | $0.00 | | | | $1,114.67 | | | | $0.00 | $0.00 |