**OFFICIAL CHECK**

**First Midwest Bank**

9293
70-2646/719

DATE 01/23/2017

PAY TO THE ORDER OF Wells Fargo Home Mortgage        $ *******7,617.44

SEVEN THOUSAND SIX HUNDRED SEVENTEEN DOLLARS AND FORTY FOUR CENTS

Drawer: First Midwest Bank

Adeffala #315
AUTHORIZED SIGNATURE

FOR Pamela Maloney

AUTHORIZED SIGNATURE
TWO AUTHORIZED SIGNATURES REQUIRED FOR AMOUNT OVER $25,000.00

9293  6469: 0888300600