Please return this portion with your payment

**BSI Financial Services**
314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

**Account Number:** ▇▇▇▇562
**Property Address:** 8507 RADCLIFFE ROAD, TINLEY PARK IL 60487

DAVID P LEIBOWITZ, ESQ
RE: RONALD J MALONEY
53 W. JACKSON BOULEVARD
CHICAGO IL 60604

**Payment Amount**

Post-Petition Payment Date: ~~10/01/18~~ 3/1/19
Post-Petition Payment Amount: $1,754.86

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal: $
Additional Escrow: $

**Total Amount Enclosed** $1,754.86

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

1461967562 000021621768



5641



RONALD J. MALONEY 09-93
PAMELA G. MALONEY
8507 RADCLIFFE RD.
TINLEY PARK, IL 60487

1074
70-160/719
3/26/ 20 19

PAY TO THE ORDER OF  BSI Financial Services     $ 1,754.86

One Thousand Seven Hundred Fifty Four ad 86/100  DOLLARS

**FIRST MIDWEST BANK**
WWW.FIRSTMIDWEST.COM

FOR ▇▇▇▇7562 (March)         Paula A. ney

:071901604:  ▇▇▇▇ 2563  1074

# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**Statement of Account**
Last statement: June 17, 2019
This statement: July 17, 2019

2563

017

Direct inquiries to:
Customer Service
708-532-3278

First Midwest Bank 315
16700 South 80TH Avenue
Tinley Park, Illinois 60477

RONALD J MALONEY
PAMELA G MALONEY
8507 RADCLIFFE RD
TINLEY PARK IL 60487-2149

4

RECEIVED 1074
RONALD J. MALONEY 09-93
PAMELA G. MALONEY      JUN 19 2019   3/261   20 19
8507 RADCLIFFE RD.
TINLEY PARK, IL 60487

PAY TO THE ORDER OF   BA Financial LOCKBOX          $ 1,754.86

One Thousand Seven Hundred Fifty Four and 86/100   DOLLARS

FIRST MIDWEST BANK
WWW.FIRSTMIDWEST.COM

FOR _1502 (March)_           _Pamela A. M...._

⑈071901604⑈       563⑈ 1074

1074     6/20/2019     $1,754.86

**RONALD J. MALONEY** 09-93
**PAMELA G. MALONEY**
8507 RADCLIFFE RD.
TINLEY PARK, IL 60487

70-160/719

1079

4/1 20 19

PAY TO THE ORDER OF BSI Financial Services   $ 1754.86

One Thousand Seven Hundred Fifty Four & 86/100 — DOLLARS

**FIRST MIDWEST BANK**
WWW.FIRSTMIDWEST.COM

FOR 7562 (April)

⑈:071901604⑈:    2563⑈1079

---

**BSI Financial Services**
314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

Account Number: 562
Property Address: 8507 RADCLIFFE ROAD, TINLEY PARK IL 60487
DAVID P LEIBOWITZ, ESQ
RE: RONALD J MALONEY
53 W. JACKSON BOULEVARD
CHICAGO IL 60604

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

Please return this portion with your payment

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

**Payment Amount**

Post-Petition Payment Date:  4/1/19   ~~10/04/18~~
Post-Petition Payment Amount:         $1,754.86

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal: $
Additional Escrow: $

Total Amount Enclosed   $ 1,754.86

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

1461967562 000021621768


i641

# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**Statement of Account**
Last statement: June 17, 2019
This statement: July 17, 2019

2563

017

Direct inquiries to:
Customer Service
708-532-3278

RONALD J MALONEY
PAMELA G MALONEY
8507 RADCLIFFE RD
TINLEY PARK IL 60487-2149

First Midwest Bank  315
16700 South 80TH Avenue
Tinley Park, Illinois 60477

4



1079    6/20/2019    $1,754.86

Please return this portion with your payment

**BSI Financial Services**
314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

Account Number: ▓▓▓7562
Property Address: 8507 RADCLIFFE ROAD, TINLEY PARK IL 60487

DAVID P LEIBOWITZ, ESQ
RE: RONALD J MALONEY
53 W. JACKSON BOULEVARD
CHICAGO IL 60604

**Payment Amount**
Post-Petition Payment Date: ~~10/01/18~~ 5/1/19
Post-Petition Payment Amount: $1,754.86

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal: $_____
Additional Escrow: $_____

Total Amount Enclosed  $1754.86

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

Please write your loan number on your check and make payable to:
BSI FINANCIAL SERVICES

1461967562 000021621768

5641

---



RONALD J. MALONEY 09-93
PAMELA G. MALONEY
8507 RADCLIFFE RD.
TINLEY PARK, IL 60487

70-160/719      1085

5/1  20 19

PAY TO THE ORDER OF  BSI Financial Services   $ 1,754.86

One Thousand Seven Hundred Fifty Four & 06/100 DOLLARS

FIRST MIDWEST BANK
WWW.FIRSTMIDWEST.COM

FOR ▓▓▓7562 (Mau)          Pamela J. Maloney

:071901604: ▓▓▓▓▓▓ 2563  1085

# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

RONALD J MALONEY
PAMELA G MALONEY
8507 RADCLIFFE RD
TINLEY PARK IL 60487-2149

**Statement of Account**
Last statement: June 17, 2019
This statement: July 17, 2019

2563

017

Direct inquiries to:
Customer Service
708-532-3278

First Midwest Bank 315
16700 South 80TH Avenue
Tinley Park, Illinois 60477

4



1085        7/2/2019        $1,754.86



**BSI Financial Services**
314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

Account Number: ▮▮▮▮7562
Property Address: 8507 RADCLIFFE ROAD, TINLEY PARK IL 60487

DAVID P LEIBOWITZ, ESQ
RE: RONALD J MALONEY
53 W. JACKSON BOULEVARD
CHICAGO IL 60604

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

**Payment Amount**

Post-Petition Payment Date: ~~10/01/19~~ 6/1/19
Post-Petition Payment Amount: $1,754.86

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal: $
Additional Escrow: $

Total Amount Enclosed  $ 1754.86

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

Please write your loan number on your check and make payable to:
BSI FINANCIAL SERVICES

1461967562 000021621768

5641

---

RONALD J. MALONEY   09-93
PAMELA G. MALONEY
8507 RADCLIFFE RD.
TINLEY PARK, IL 60487
(708) 532-1674

70-160-719                                9639

DATE  6/3/19

PAY TO THE ORDER OF  BSI Financial Services    $ 1754.86

One Thousand Seven Hundred Fifty Four & 86/100  DOLLARS

FIRST MIDWEST BANK
WWW.FIRSTMIDWEST.COM

FOR ▮▮▮▮7562 (June)

⑆071901604⑆ ▮▮▮▮▮▮2563⑈ 9639

# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

RONALD J MALONEY
PAMELA G MALONEY
8507 RADCLIFFE RD
TINLEY PARK IL 60487-2149

**Statement of Account**
Last statement: September 17, 2019
This statement: October 17, 2019

████92563

017

Direct inquiries to:
Customer Service
708-532-3278

First Midwest Bank  315
16700 South 80TH Avenue
Tinley Park, Illinois 60477

8



9639        9/25/2019        $1,754.86

```
                                                      70-160-719                        9644
RONALD J. MALONEY  09-93
PAMELA G. MALONEY
8507 RADCLIFFE RD.                                        DATE  7/1/19
TINLEY PARK, IL 60487
(708) 532-1674
                                                                      $ 1754.86
PAY TO THE   BSI Financial Services
ORDER OF
One Thousand Seventh Hundred Fifty Four and 86/100  DOLLARS

FIRST MIDWEST BANK
www.▮▮▮▮MIDWEST.COM
FOR ▮▮▮▮7562 (July)                          [signature]          MP

:071901604:   ▮▮▮▮▮   563  9644
```

Keep upper portion for your records. See reverse for important information.
Please return this portion with your payment

**BSI Financial Services**
314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

Account Number: ▮▮▮562
Property Address: 8507 RADCLIFFE ROAD, TINLEY PARK IL 60487

DAVID P LEIBOWITZ, ESQ
RE: RONALD J MALONEY
53 W. JACKSON BOULEVARD
CHICAGO IL 60604

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

**Payment Amount**                                7/1/19
Post-Petition Payment Date:       ~~10/01/18~~
Post-Petition Payment Amount:         $1,754.86

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal:    $
Additional Escrow:       $

Total Amount Enclosed    $ 1754.86

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

1461967562  000021621768

5641

# First Midwest Bank

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

RONALD J MALONEY
PAMELA G MALONEY
8507 RADCLIFFE RD
TINLEY PARK IL 60487-2149

**Statement of Account**
Last statement: September 17, 2019
This statement: October 17, 2019

563

017

Direct inquiries to:
Customer Service
708-532-3278

First Midwest Bank  315
16700 South 80TH Avenue
Tinley Park, Illinois 60477

8



9644    9/25/2019    $1,754.86

**RONALD J. MALONEY** 09-93
**PAMELA G. MALONEY**
8507 RADCLIFFE RD.
TINLEY PARK, IL 60487
(708) 532-1674

70-160-719            9651

DATE 8/1/19

PAY TO THE ORDER OF  BSI Financial Services  $ 1754.86

One Thousand Seven Hundred Fifty Four & 86/100 DOLLARS

**FIRST MIDWEST BANK**
WWW.FIRS[███].COM

FOR # 07562 (Aug)

Paula M. May

⑁:071901604⑁: [███] 2563⑈9651

---



**BSI Financial Services**
314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

Account Number [███]7562
Property Address: 8507 RADCLIFFE ROAD, TINLEY PARK IL 60487

DAVID P LEIBOWITZ, ESQ
RE: RONALD J MALONEY
53 W. JACKSON BOULEVARD
CHICAGO IL 60604

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

**Payment Amount**

Post-Petition Payment Date:     *10/01/18*     8/1/19
Post-Petition Payment Amount:   $1,754.86

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal:  $
Additional Escrow:     $

Total Amount Enclosed   $ 1754.86

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

1461967562 000021621768



**First Midwest Bank**

P.O. Box 580 · Joliet, IL 60434-0580
**Return Service Requested**

**Statement of Account**
Last statement: September 17, 2019
This statement: October 17, 2019

2563

017

Direct inquiries to:
Customer Service
708-532-3278

RONALD J MALONEY
PAMELA G MALONEY
8507 RADCLIFFE RD
TINLEY PARK IL 60487-2149

First Midwest Bank 315
16700 South 80TH Avenue
Tinley Park, Illinois 60477

8



9651   10/3/2019   $1,754.86

Keep upper portion for your records. See reverse for important information.
Please return this portion with your payment

**BSI Financial Services**
314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

Account Number: ▉▉▉7562
Property Address: 8507 RADCLIFFE ROAD, TINLEY PARK IL 60487

DAVID P LEIBOWITZ, ESQ
RE: RONALD J MALONEY
53 W. JACKSON BOULEVARD
CHICAGO IL 60604

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

### Payment Amount

Post-Petition Payment Date: ~~10/01/18~~ 9/1/19
Post-Petition Payment Amount: $1,754.86

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal:   $_____
Additional Escrow:      $_____

Total Amount Enclosed   $_____

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

1461967562 000021621768

---

RONALD J. MALONEY  09-93
PAMELA G. MALONEY
8507 RADCLIFFE RD.
TINLEY PARK, IL 60487
(708) 532-1674

70-160-719

9654

DATE 9/3/19

PAY TO THE ORDER OF  BSI Financial Services                    $ 1,754.86

One Thousand Seven Hundred Fifty Four et 86/100 ———— DOLLARS

**FIRST MIDWEST BANK**
WWW.FIRSTMIDWEST.COM

FOR # ▉▉▉▉▉7562 (Sep)                      Pamela A. M——

⑆071901604⑆ ▉▉▉▉▉563⑈9654

**RONALD J. MALONEY** 09-93
**PAMELA G. MALONEY**
8507 RADCLIFFE RD.
TINLEY PARK, IL 60487
(708) 532-1674

70-160-719

9640

DATE 10/2/19

PAY TO THE ORDER OF  BSI Financial Services    $ 1,754.86

One Thousand Seven Hundred Fifty Four & 86/100 —— DOLLARS

**FIRST MIDWEST BANK**
WWW.FIRSTMIDWEST.COM

FOR ▓▓▓ 7562 (Oct)

⑆071901604⑆ ⑈003009 2563⑈ 9640

---

Please return this portion with your payment

**BSI Financial Services**

314 S Franklin St. / Second Floor
PO Box 517
Titusville PA 16354
Customer Care: 800-327-7861
https://myloanweb.com/BSI

Account Number: 1461967562
Property Address: 8507 RADCLIFFE ROAD, TINLEY PARK IL 60487

DAVID P LEIBOWITZ, ESQ
RE: RONALD J MALONEY
53 W. JACKSON BOULEVARD
CHICAGO IL 60604

Please write your loan number on your check and make payable to:
**BSI FINANCIAL SERVICES**

If your bankruptcy plan requires you to send your regular monthly mortgage payments to the Trustee, do not send your payment to us. Instead, you should send your payment to the Trustee.

| Payment Amount | |
|---|---|
| Post-Petition Payment Date: | ~~10/01/19~~ 10/1/19 |
| Post-Petition Payment Amount: | $1,754.86 |

*All amounts due must be paid in full before additional principal reduction can be made.
Additional Principal:  $_____
Additional Escrow:  $_____

Total Amount Enclosed  $_____

BSI Financial Services
PO BOX 679002
Dallas TX 75267-9002

1461967562 000021621768

5641