UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              CASE NO. 16 B 17789
                                                    CHAPTER 13

RONALD MALONEY
PAMELA MALONEY                                      JUDGE CAROL A DOYLE

       DEBTORS                                      **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Thomas H. Hooper files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** Federal Home Loan Mortgage Corp

**Final Cure Amount**

| Court Claim | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 21 | XXXXXX0879 | $6,015.46 | $6,015.46 | $6,015.46 |
| Total Amount Paid by Trustee | | | | | $6,015.46 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit             **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 16-17789-CAD

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at Chicago, Il  60603 or by the methods indicated on this 20th day of October, 2021.

Debtor:
RONALD MALONEY
PAMELA MALONEY
8507 Radcliffe Rd
Tinley Park, Il  60487

ELECTRONIC SERVICE:
LAKELAW
53 W Jackson Blvd #1115
Chicago, Il  60604
via Clerk's ECF noticing procedures

Mortgage Creditor:
CODILIS & ASSOCIATES
15W030 N Frontage Rd # 100
Burr Ridge, Il  60527

Mortgage Creditor:
BSI Financial Services
1425 Greenway Dr #400
Irving, Tx  75038

Creditor:
FEDERAL HOME LOAN
MORTGAGE CORP
% Specialized Loan Ser Llc
6200 S Quebec St
Greenwood Village, Co  80111

ELECTRONIC SERVICE - United States Trustee

Date:  October 20, 2021

/s/ Thomas H. Hooper
Thomas H. Hooper
55 E. Monroe St., Suite 3850
Chicago, Il  60603