**Fill in this information to identify the case:**

Debtor 1: Ronald Maloney

Debtor 2: Pamela Maloney
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 16-17789

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: U.S. Bank Trust National Association, not in its individual capacity but solely as trustee for Dwelling Series III Trust

Court claim no. (if known): 4-1

Last 4 digits of any number you use to identify the debtor's account: 1 2 2 6

Property address: 8507 Radcliffe Road
Number      Street

Tinley Park      IL      60487
City             State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 12,148.17

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0.00

c. **Total.** Add lines a and b.   Less Unapplied Payment of $1,541.81   (c) $ 10,606.36

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 05/01/2021
MM / DD / YYYY

Form 4100R          Response to Notice of Final Cure Payment          page 1

| Debtor 1 | Ronald Maloney | Case number *(if known)* 16-17789 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Molly Slutsky Simons
Signature

Date 11/10/2021

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com

RUSHMORE LOAN MANAGEMENT SERVICES

| | | | | |
|---|---|---|---|---|
| Loan# | [redacted] | | | |
| Borrower: | Maloney | | | |
| Date Filed: | 5/26/2016 | | | |
| BK Case # | 16-17789 | | | |
| First Post Petition Due Date: | 6/1/2016 | | 4/1/14 | 10/1/15 |
| POC covers: | 1/14 - 5/16 | $1,045.76 | $1,973.29 | $1,900.64 |
| MOD EFFECTIVE DATE: | n/a | | | |

**PAYMENT CHANGES**

| DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|
| 06/01/16 | 1,045.76 | 801.94 | 1,847.70 | Payment listed in POC |
| 11/01/16 | 1,045.76 | 941.73 | 1,987.49 | NOPC filed with the court |
| 11/01/17 | 1,045.76 | 709.10 | 1,754.86 | NOPC filed with the court |
| 06/01/19 | 1,045.76 | 777.66 | 1,823.42 | NOPC filed with the court |
| 06/01/20 | 1,045.76 | 770.65 | 1,816.41 | NOPC filed with the court |
| 06/01/21 | 1,045.76 | 676.20 | 1,721.96 | NOPC filed with the court |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |
| | | 0.00 | | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | APO DATE PAID | APO CREDIT | APO DEBIT | APO SUSPENSE BALANCE | APO PAID TO DATE | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | | | | | | $0.00 | $0.00 | | |
| 6/16/2016 | $1,900.64 | post | 6/1/16 | 1/1/14 | $1,847.70 | $52.94 | $52.94 | | $52.94 | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | | |
| 7/18/2016 | $1,847.70 | post | 7/1/16 | 2/1/14 | $1,847.70 | $0.00 | | | $52.94 | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | | |
| 8/17/2016 | $1,847.70 | post | 8/1/16 | 3/1/14 | $1,847.70 | $0.00 | | | $52.94 | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | | |
| 11/17/2016 | $1,987.49 | post | 9/1/16 | 4/1/14 | $1,847.70 | $139.79 | $139.79 | | $192.73 | | | | $0.00 | $0.00 | | | | $0.00 | $0.00 | | |
| 1/7/2017 | $2,733.50 | pre | TR PMT | | | $2,733.50 | | | $192.73 | | | | $0.00 | $0.00 | | $2,733.50 | | $2,733.50 | $2,733.50 | | |
| 1/8/2017 | | pre | pre petition applied | 5/1/14 | | $0.00 | | | $192.73 | | | | $0.00 | $0.00 | 1/1/2014 | | $1,045.76 | $1,687.74 | $2,733.50 | | |
| 1/8/2017 | | pre | pre petition applied | 6/1/14 | | $0.00 | | | $192.73 | | | | $0.00 | $0.00 | 2/1/2014 | | $1,045.76 | $641.98 | $2,733.50 | | |
| 1/26/2017 | $7,617.44 | post | 10/1/16 | 7/1/14 | $1,847.70 | $5,769.74 | $5,769.74 | | $5,962.47 | | | | $0.00 | $0.00 | | | | $641.98 | $2,733.50 | | |
| 2/26/2017 | | post | 11/1/16 | 8/1/14 | $1,987.49 | -$1,987.49 | | $1,987.49 | $3,974.98 | | | | $0.00 | $0.00 | | | | | | | |
| 3/26/2017 | | post | 12/1/16 | 9/1/14 | $1,987.49 | -$1,987.49 | | $1,987.49 | $1,987.49 | | | | $0.00 | $0.00 | | | | | | | |
| 4/26/2017 | | post | 1/1/17 | 10/1/14 | $1,987.49 | -$1,987.49 | | $1,987.49 | $0.00 | | | | $0.00 | $0.00 | | | | | | | |
| 2/7/2017 | $22,156.79 | pre | TR PMT | | | $22,156.79 | | | $0.00 | | | | $0.00 | $0.00 | | $22,156.79 | | $22,798.77 | $24,890.29 | | |
| 2/9/2017 | | pre | pre petition applied | 11/1/14 | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | 3/1/2014 | | $1,045.76 | $21,753.01 | $24,890.29 | | |
| 2/9/2017 | | pre | pre petition applied | 12/1/14 | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | 4/1/2014 | | $1,973.29 | $19,779.72 | $24,890.29 | | |
| 2/9/2017 | | pre | pre petition applied | 1/1/15 | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | 5/1/2014 | | $1,973.29 | $17,806.43 | $24,890.29 | | |
| 2/9/2017 | | pre | pre petition applied | 2/1/15 | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | 6/1/2014 | | $1,973.29 | $15,833.14 | $24,890.29 | | |
| 2/9/2017 | | pre | pre petition applied | 3/1/15 | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | 7/1/2014 | | $1,973.29 | $13,859.85 | $24,890.29 | | |
| 2/9/2017 | | pre | pre petition applied | 4/1/15 | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | 8/1/2014 | | $1,973.29 | $11,886.56 | $24,890.29 | | |
| 2/9/2017 | | pre | pre petition applied | 5/1/15 | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | 9/1/2014 | | $1,973.29 | $9,913.27 | $24,890.29 | | |
| 2/9/2017 | | pre | pre petition applied | 6/1/15 | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | 10/1/2014 | | $1,973.29 | $7,939.98 | $24,890.29 | | |
| 2/9/2017 | | pre | pre petition applied | 7/1/15 | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | 11/1/2014 | | $1,973.29 | $5,966.69 | $24,890.29 | | |
| 2/9/2017 | | pre | pre petition applied | 8/1/15 | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | 12/1/2014 | | $1,973.29 | $3,993.40 | $24,890.29 | | |
| 2/9/2017 | | pre | pre petition applied | 9/1/15 | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | 1/1/2015 | | $1,973.29 | $2,020.11 | $24,890.29 | | |
| 3/21/2017 | $1,987.49 | post | 2/17/17 | 10/1/15 | $1,987.49 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | | | $2,020.11 | $24,890.29 | | |
| 4/9/2017 | $709.02 | pre | TR PMT | | | $709.02 | | | $0.00 | | | | $0.00 | $0.00 | | $709.02 | | $2,729.13 | $25,599.31 | | |
| 4/17/2017 | $2,000.00 | post | 3/1/17 | 11/1/15 | $1,987.49 | $12.51 | $12.51 | | $12.51 | | | | $0.00 | $0.00 | | | | $2,729.13 | $25,599.31 | | |
| 5/2/2017 | $709.02 | pre | TR PMT | | | $709.02 | | | $12.51 | | | | $0.00 | $0.00 | | $709.02 | | $3,438.15 | $26,308.33 | | |
| 5/3/2017 | | pre | pre petition applied | 12/1/15 | | $0.00 | | | $12.51 | | | | $0.00 | $0.00 | 2/1/2015 | | $1,973.29 | $1,464.86 | $26,308.33 | | |
| 6/13/2017 | $1,987.49 | post | 4/1/17 | 1/1/16 | $1,987.49 | $0.00 | | | $12.51 | | | | $0.00 | $0.00 | | | | $1,464.86 | $26,308.33 | | |
| 6/14/2017 | $1,987.49 | post | 5/1/17 | 2/1/16 | $1,987.49 | $0.00 | | | $12.51 | | | | $0.00 | $0.00 | | | | $1,464.86 | $26,308.33 | | |
| 6/30/2017 | $1,987.49 | post | 6/1/17 | 3/1/16 | $1,987.49 | $0.00 | | | $12.51 | | | | $0.00 | $0.00 | | | | $1,464.86 | $26,308.33 | | |
| 7/10/2017 | $4,431.36 | pre | TR PMT | | | $4,431.36 | | | $12.51 | | | | $0.00 | $0.00 | | $4,431.36 | | $5,896.22 | $30,739.69 | | |
| 7/13/2017 | | pre | pre petition applied | 4/1/16 | | $0.00 | | | $12.51 | | | | $0.00 | $0.00 | 3/1/2015 | | $1,973.29 | $3,922.93 | $30,739.69 | | |
| 7/13/2017 | | | pre petition applied | 5/1/16 | | $0.00 | | | $12.51 | | | | $0.00 | $0.00 | 4/1/2015 | | $1,973.29 | $1,949.64 | $30,739.69 | | |
| 7/31/2017 | $1,987.49 | post | 7/1/17 | 6/1/16 | $1,987.49 | $0.00 | | | $12.51 | | | | $0.00 | $0.00 | | | | $1,949.64 | $30,739.69 | | |
| 8/5/2017 | $886.27 | pre | TR PMT | | | $886.27 | | | $12.51 | | | | $0.00 | $0.00 | | $886.27 | | $2,835.91 | $31,625.96 | | |
| 9/4/2017 | $1,772.54 | pre | TR PMT | | | $1,772.54 | | | $12.51 | | | | $0.00 | $0.00 | | $1,772.54 | | $4,608.45 | $33,398.50 | | |
| 10/2/2017 | $709.02 | pre | TR PMT | | | $709.02 | | | $12.51 | | | | $0.00 | $0.00 | | $709.02 | | $5,317.47 | $34,107.52 | | |
| 11/9/2017 | $707.53 | pre | TR PMT | | | $707.53 | | | $12.51 | | | | $0.00 | $0.00 | | $707.53 | | $6,025.00 | $34,815.05 | | |
| 8/9/2018 | $6,456.21 | pre | TR PMT | | | $6,456.21 | | | $12.51 | | | | $0.00 | $0.00 | | $6,456.21 | | $12,481.21 | $41,271.26 | | |
| 9/4/2018 | $1,357.28 | pre | TR PMT | | | $1,357.28 | | | $12.51 | | | | $0.00 | $0.00 | | $1,357.28 | | $13,838.49 | $42,628.54 | | |
| 11/7/2018 | $1,148.53 | pre | TR PMT | | | $1,148.53 | | | $12.51 | | | | $0.00 | $0.00 | | $1,148.53 | | $14,987.02 | $43,777.07 | | |
| 1/6/2019 | $1,325.23 | pre | TR PMT | | | $1,325.23 | | | $12.51 | | | | $0.00 | $0.00 | | $1,325.23 | | $16,312.25 | $45,102.30 | | |
| 2/8/2019 | $1,754.86 | post | | | | $1,754.86 | $1,754.86 | | $1,767.37 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | $27,078.43 | post | 8/1/17 | 7/1/16 | $1,987.49 | $25,090.94 | $25,090.94 | | $26,858.31 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 9/1/17 | 8/1/16 | $1,987.49 | -$1,987.49 | | $1,987.49 | $24,870.82 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 10/1/17 | 9/1/16 | $1,987.49 | -$1,987.49 | | $1,987.49 | $22,883.33 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 11/1/17 | 10/1/16 | $1,754.86 | -$1,754.86 | | $1,754.86 | $21,128.47 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 12/1/17 | 11/1/16 | $1,754.86 | -$1,754.86 | | $1,754.86 | $19,373.61 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 1/1/18 | 12/1/16 | $1,754.86 | -$1,754.86 | | $1,754.86 | $17,618.75 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 2/1/18 | 1/1/17 | $1,754.86 | -$1,754.86 | | $1,754.86 | $15,863.89 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 3/1/18 | 2/1/17 | $1,754.86 | -$1,754.86 | | $1,754.86 | $14,109.03 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 4/1/18 | 3/1/17 | $1,754.86 | -$1,754.86 | | $1,754.86 | $12,354.17 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 5/1/18 | 4/1/17 | $1,754.86 | -$1,754.86 | | $1,754.86 | $10,599.31 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 6/1/18 | 5/1/17 | $1,754.86 | -$1,754.86 | | $1,754.86 | $8,844.45 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 7/1/18 | 6/1/17 | $1,754.86 | -$1,754.86 | | $1,754.86 | $7,089.59 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 8/1/18 | 7/1/17 | $1,754.86 | -$1,754.86 | | $1,754.86 | $5,334.73 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 9/1/18 | 8/1/17 | $1,754.86 | -$1,754.86 | | $1,754.86 | $3,579.87 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 10/1/18 | 9/1/17 | $1,754.86 | -$1,754.86 | | $1,754.86 | $1,825.01 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 2/27/2019 | | post | 11/1/18 | 10/1/17 | $1,754.86 | -$1,754.86 | | $1,754.86 | $70.15 | | | | $0.00 | $0.00 | | | | $16,312.25 | $45,102.30 | | |
| 3/4/2019 | $1,325.23 | pre | TR PMT | | | $1,325.23 | | | $70.15 | | | | $0.00 | $0.00 | | $1,325.23 | | $17,637.48 | $46,427.53 | | |
| 4/4/2019 | $1,325.23 | pre | TR PMT | | | $1,325.23 | | | $70.15 | | | | $0.00 | $0.00 | | $1,325.23 | | $18,962.71 | $47,752.76 | | |
| 5/9/2019 | $1,325.23 | pre | TR PMT | | | $1,325.23 | | | $70.15 | | | | $0.00 | $0.00 | | $1,325.23 | | $20,287.94 | $49,077.99 | | |
| 5/11/2019 | | pre | pre petition applied | 11/1/17 | | $0.00 | | | $70.15 | | | | $0.00 | $0.00 | 5/1/2015 | | $1,973.29 | $18,314.65 | $49,077.99 | | |
| 5/11/2019 | | pre | pre petition applied | 12/1/17 | | $0.00 | | | $70.15 | | | | $0.00 | $0.00 | 6/1/2015 | | $1,973.29 | $16,341.36 | $49,077.99 | | |
| 5/11/2019 | | pre | pre petition applied | 1/1/18 | | $0.00 | | | $70.15 | | | | $0.00 | $0.00 | 7/1/2015 | | $1,973.29 | $14,368.07 | $49,077.99 | | |
| 5/11/2019 | | pre | pre petition applied | 2/1/18 | | $0.00 | | | $70.15 | | | | $0.00 | $0.00 | 8/1/2015 | | $1,973.29 | $12,394.78 | $49,077.99 | | |
| 5/11/2019 | | pre | pre petition applied | 3/1/18 | | $0.00 | | | $70.15 | | | | $0.00 | $0.00 | 9/1/2015 | | $1,973.29 | $10,421.49 | $49,077.99 | | |
| 6/19/2019 | $3,509.72 | post | 12/1/18 | 4/1/18 | $1,754.86 | $1,754.86 | $1,754.86 | | $1,825.01 | | | | $0.00 | $0.00 | | | | $10,421.49 | $49,077.99 | | |
| 6/19/2019 | | post | 1/1/19 | 5/1/18 | $1,754.86 | -$1,754.86 | | $1,754.86 | $70.15 | | | | $0.00 | $0.00 | | | | $10,421.49 | $49,077.99 | | |
| 7/1/2019 | $1,754.86 | post | 2/1/19 | 6/1/18 | $1,754.86 | $0.00 | | | $70.15 | | | | $0.00 | $0.00 | | | | $10,421.49 | $49,077.99 | | |
| 7/3/2019 | $1,325.23 | pre | TR PMT | | | $1,325.23 | | | $70.15 | | | | $0.00 | $0.00 | | $1,325.23 | | $11,746.72 | $50,403.22 | | |
| 7/5/2019 | | pre | pre petition applied | 7/1/18 | | $0.00 | | | $70.15 | | | | $0.00 | $0.00 | 10/1/2015 | | $1,900.64 | $9,846.08 | $50,403.22 | | |
| 9/24/2019 | $3,509.72 | post | 3/1/19 | 8/1/18 | $1,754.86 | $1,754.86 | $1,754.86 | | $1,825.01 | | | | $0.00 | $0.00 | | | | $9,846.08 | $50,403.22 | | |
| 9/24/2019 | | post | 4/1/19 | 9/1/18 | $1,754.86 | -$1,754.86 | | $1,754.86 | $70.15 | | | | $0.00 | $0.00 | | | | $9,846.08 | $50,403.22 | | |
| 10/2/2019 | $1,754.86 | post | 5/1/19 | 10/1/18 | $1,754.86 | $0.00 | | | $70.15 | | | | $0.00 | $0.00 | | | | $9,846.08 | $50,403.22 | | |
| 10/7/2019 | $669.36 | pre | TR PMT | | | $669.36 | | | $70.15 | | | | $0.00 | $0.00 | | $669.36 | | $10,515.44 | $51,072.58 | | |
| 10/8/2019 | | pre | pre petition applied | 11/1/18 | | $0.00 | | | $70.15 | | | | $0.00 | $0.00 | 11/1/2015 | | $1,900.64 | $8,614.80 | $51,072.58 | | |
| 10/8/2019 | | pre | pre petition applied | 12/1/18 | | $0.00 | | | $70.15 | | | | $0.00 | $0.00 | 12/1/2015 | | $1,900.64 | $6,714.16 | $51,072.58 | | |
| 10/8/2019 | | pre | pre petition applied | 1/1/19 | | $0.00 | | | $70.15 | | | | $0.00 | $0.00 | 1/1/2016 | | $1,900.64 | $4,813.52 | $51,072.58 | | |
| 10/8/2019 | | pre | pre petition applied | 2/1/19 | | $0.00 | | | $70.15 | | | | $0.00 | $0.00 | 2/1/2016 | | $1,900.64 | $2,912.88 | $51,072.58 | | |
| 11/3/2019 | $1,318.26 | pre | TR PMT | | | $1,318.26 | | | $70.15 | | | | $0.00 | $0.00 | | $1,318.26 | | $4,231.14 | $52,390.84 | | |
| 11/12/2019 | $1,754.86 | post | 6/1/19 | 3/1/19 | $1,823.42 | -$68.56 | | $68.56 | $1.59 | | | | $0.00 | $0.00 | | | | $4,231.14 | $52,390.84 | | |
| 11/19/2019 | | pre | pre petition applied | 4/1/19 | | $0.00 | | | $1.59 | | | | $0.00 | $0.00 | 3/1/2016 | | $1,900.64 | $2,330.50 | $52,390.84 | | |
| 11/19/2019 | | pre | pre petition applied | 5/1/19 | | $0.00 | | | $1.59 | | | | $0.00 | $0.00 | 4/1/2016 | | $1,900.64 | $429.86 | $52,390.84 | | |
| 11/25/2019 | $6,949.29 | post | 7/1/19 | 6/1/19 | $1,823.42 | $5,125.87 | $5,125.87 | | $5,127.46 | | | | $0.00 | $0.00 | | | | $429.86 | $52,390.84 | | |
| 11/25/2019 | | post | 8/1/19 | 7/1/19 | $1,823.42 | -$1,823.42 | | $1,823.42 | $3,304.04 | | | | $0.00 | $0.00 | | | | $429.86 | $52,390.84 | | |
| 11/25/2019 | | post | 9/1/19 | 8/1/19 | $1,823.42 | -$1,823.42 | | $1,823.42 | $1,480.62 | | | | $0.00 | $0.00 | | | | $429.86 | $52,390.84 | | |
| 12/2/2019 | $659.13 | pre | TR PMT | | | $659.13 | | | $1,480.62 | | | | $0.00 | $0.00 | | $659.13 | | $1,088.99 | $53,049.97 | | |
| 12/19/2019 | $1,754.86 | post | 10/1/19 | 9/1/19 | $1,823.42 | -$68.56 | | $68.56 | $1,412.06 | | | | $0.00 | $0.00 | | | | $1,088.99 | $53,049.97 | | |
| 1/11/2020 | $659.13 | pre | TR PMT | | | $659.13 | | | $1,412.06 | | | | $0.00 | $0.00 | | $659.13 | | $1,748.12 | $53,709.10 | | |
| 1/30/2020 | $3,509.72 | post | 11/1/19 | 10/1/19 | $1,823.42 | $1,686.30 | $1,686.30 | | $3,098.36 | | | | $0.00 | $0.00 | | | | $1,748.12 | $53,709.10 | | |
| 1/30/2020 | | post | 12/1/19 | 11/1/19 | $1,823.42 | -$1,823.42 | | $1,823.42 | $1,274.94 | | | | $0.00 | $0.00 | | | | $1,748.12 | $53,709.10 | | |
| | | | | | | $0.00 | | | $1,274.94 | | | | $0.00 | $0.00 | | | | $1,748.12 | $53,709.10 | | |
| | | | APO entered on 2/4/20; loan post due for 1/1/20 IAO $1823.42 plus fees and cost IAO $1231.00 minus $1274.64 suspense. Total arrears $1779.48. Debtor to make $148.29 by 2/15/20 - 1/15/21 plus regular monthly pmts. Payments to commence 2/1/20 | | | $0.00 | | | $0.00 | | | | $1,274.64 | $0.00 | | | | $1,748.12 | $53,709.10 | | |
| 2/6/2020 | $659.13 | pre | TR PMT | | | $659.13 | | | $0.00 | | | | $1,274.64 | $0.00 | | $659.13 | | $2,407.25 | $54,368.23 | | |

Case 16-17789    Doc    Filed 11/10/21    Entered 11/10/21 16:30:29    Desc Main Document    Page 4 of 6



# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-17789 |
| Ronald Maloney<br>Pamela Maloney | Chapter 13 |
| Debtors. | Hon. Judge Carol A. Doyle |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Response to Notice of Final Cure Payment upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on November 10, 2021, before the hour of 5:00 p.m.

David P Leibowitz, ESQ, Debtors' Counsel
dleibowitz@lekelaw.com

Justin R. Storer, Debtors' Counsel
jstorer@wfactorlaw.com

Patrick Semrad, Debtor's Counsel
psemrad@semradlaw.com

Thomas H. Hooper, Chapter 13 Trustee
thomas.h.hooper@55chapter13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Ronald Maloney, Debtor
8507 Radcliffe Road
Tinley Park, IL 60487

Pamela Malone, Debtor
8507 Radcliffe Road
Tinley Park, IL 60487

Dated: November 10, 2021               Respectfully Submitted,

                                       /s/ Molly Slutsky Simons
                                       Molly Slutsky Simons (OH0083702)
                                       Sottile & Barile, Attorneys at Law
                                       394 Wards Corner Road, Suite 180
                                       Loveland, OH 45140
                                       Phone: 513.444.4100
                                       Email: bankruptcy@sottileandbarile.com
                                       Attorney for Creditor